```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**DAVIE LEE JOHNSON**                                                         **PLAINTIFF**

     **v.**               **Case No. 05-5145**

**BENTON COUNTY DETENTION CENTER;**
**OFFICE TOMLIN; OFFICER PAUL;**
**OFFICER PIERCY; BENTON COUNTY**
**SHERIFF; and OFFICER LINSEYBEE**                                             **DEFENDANTS**

### O R D E R

Now on this 28th day of September, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #8), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                        **/s/ Jimm Larry Hendren**
                                                        **JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**